# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-183-J |
| ) | |
| OCTAVIO JUAN SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Joseph L. Wells, court appointed counsel for Defendant, Octavio Juan Sanchez, submits this request that he be allowed to withdraw as counsel of record for Defendant, Octavio Juan Sanchez, due to a conflict which has arisen. In support of this motion, Counsel states the following:

1. On or about July 21, 2021, Defendant was found to be eligible for court appointed counsel (Doc 3).

2. On December 8, 2021, present counsel was appointed to represent Defendant, Octavio Juan Sanchez, and has done so to this date (Doc 54).

3. On May 25, 2022, counsel was informed his membership on the CJA panel was being terminated. This fact creates a conflict that is insurmountable.

Wherefore, for the reasons stated, counsel requests he be allowed to withdraw as attorney of record for Defendant Octavio Juan Sanchez, and a new CJA panel member be appointed.

*s/Joseph L. Wells*
JOSEPH L. WELLS, OBA #9470
Attorney for Defendant,
Octavio Juan Sanchez
P. O. Box 720597
Oklahoma City, Oklahoma 73172
Phone: 405-474-4800
Email: joewells@swbell.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Joseph L. Wells*